IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OVIDIO E. ZAYAS-PEREZ,<br><br>**Plaintiff,**<br><br>v.<br><br>NATIONWIDE CREDIT CORPORATION,<br><br>**Defendant.** | **Civil No.** 11-1996 (FAB) |

**JUDGMENT**

In accordance with the Order entered today (Docket No. 7), judgment is entered **DISMISSING this case with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 8, 2011.

<u>s/ Francisco A. Besosa</u>
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE